UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 1:25-cv-01050-TWP-TAB |
| vs. | ) ) | |
| CANARY CREEK SHOPPES LLC, an Indiana Limited Liability Company, | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, by and through his undersigned counsel, hereby files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. Upon consent of Defendant, Plaintiff requests that all upcoming deadlines and conferences be adjourned while the parties finalize their settlement.

Dated: June 26, 2025                    Respectfully Submitted,

                              By:    *Louis I. Mussman              .*
                                     Louis I. Mussman, Esq.
                                     Bar No. 597155
                                     Ku & Mussman, P.A.
                                     18501 Pines Blvd, Suite 362
                                     Pembroke Pines, FL 33029
                                     Tel: (305) 891-1322
                                     Fax: (954) 686-3976
                                     Louis@KuMussman.com

                                     and

                                     Eric C. Bohnet, Esq.
                                     Attorney No. 24761-84
                                     Attorney at Law
                                     6617 Southern Cross Drive
                                     Indianapolis, Indiana 46237

Tel: (317) 750-8503
ebohnet@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2025, I electronically filed the foregoing with the

Clerk of Court by using CM/ECF system which will automatically send email notification of such

filing to all attorneys of record and send via E-Mail to:

Roger Curry
roger@rogerscurry.com

By:     *Louis I. Mussman*          .
        Louis I. Mussman, Esq.